1  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesdavis.com
2  JAMIE A. RADACK (SBN 221000)
3  jradack@hayesdavis.com
   HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
4  203 Redwood Shores Parkway, Suite 480
   Redwood Shores, California 94065
5  Telephone: (650) 637-9100
6  Facsimile: (650) 637-8071
   *Attorneys for Plaintiff*
7
8  HAROLD W. REICK
   DOUGLAS H. SIEGEL
9  JASON L. BUDD
   PRICE, HENEVELD, COOPER, DeWITT & LITTON
10 695 Kenmoor S.E.
   P.O. Box 2567
11 Grand Rapids, Michigan 49501
   Telephone: (616) 949-9610
12 Facsimile: (616) 957-8196
   *Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*
13

ORIGINAL
FILED ling

JUL 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

                              CV 08          3437

16 HERMAN MILLER, INC.,                CASE NO.

17              Plaintiff,

18        v.                           **COMPLAINT AND
                                       DEMAND FOR JURY TRIAL**
19 ALPHAVILLE DESIGN, INC.; PERADIGM
   GALLERY; ALL WORLD FURNITURE INC.;
20 and UNKNOWN CHINA COMPANY,

21              Defendants.

22

23        Pursuant to Rule 7(a) of the Federal Rules of Civil Procedure, Plaintiff Herman Miller,

24 Inc. ("Herman Miller") hereby states, as Herman Miller's Complaint against Defendants

25 Alphaville Design, Inc. ("Alphaville"), Peradigm Gallery ("Peradigm"), All World Furniture Inc.

26 ("All World"), and an unknown company located in China ("Unknown China Company"), as

27 follows:

28 ///

171513                        -1-

# I.
## JURISDICTION

1.    This Court has jurisdiction over this civil action pursuant to 15 U.S.C. § 1121(a) (trademark cause of action), 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 1338(a) and (b) (trademark and unfair competition causes of action), and the principles of pendent jurisdiction. This civil action arises pursuant to 15 U.S.C. §§ 1114 and 1125(a) and pursuant to the statutory and common law of the state of California. Herman Miller has a registered trademark (a) in the design of furniture and (b) the brand name of the furniture. Defendants are likely to cause consumer confusion and compete unfairly against Herman Miller by selling furniture that (a) incorporates that trademarked design or (b) uses that trademarked brand name in the connection with the sale of furniture.

2.    This Court has personal jurisdiction over Alphaville because Alphaville has a principal place of business in this District. This Court has personal jurisdiction over Peradigm because Peradigm has a warehouse in this District and, therefore, conducts systematic business in this District. This Court has personal jurisdiction over All World because All World has a showroom and warehouse in this District and, therefore, conducts systematic business in this District. This Court has personal jurisdiction over Unknown China Company because Unknown China Company distributes the confusing furniture to Alphaville in this District and, therefore, conducts systematic business in this District.

3.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) - (d).

# II.
## INTRADISTRICT ASSIGNMENT

4.    This civil action is an Intellectual Property Action (i.e., trademark) subject to district-wide assignment, pursuant to Rule 3-2(c) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California.

# III.
## PARTIES

5.    Herman Miller is a Michigan domestic profit corporation. Herman Miller has an office located at 855 East Main, Zeeland, Michigan 49464.

1    6.    Alphaville is a Delaware corporation. Alphaville has a principal place of business
2  located at 41460 Christy Street, Fremont, California 94538. Alphaville is a supplier and
3  distributor of furniture.

4    7.    Peradigm is an internet retailer of furniture. Peradigm has an office located at 101
5  West Mission Boulevard, Suite 10, Pomona, California 91766 (Central District of California).
6  Peradigm has a warehouse in Oakland, California (Northern District of California).

7    8.    All World is a California corporation. All World has a showroom and warehouse
8  at 981 Stockton Avenue, San Jose, California, 95110 (Northern District of California).

9    9.    Unknown China Company is a company located in the Peoples Republic of China.
10  Upon information and belief, Unknown China Company manufactures furniture and exports the
11  furniture to Alphaville. Herman Miller will obtain the name and address of Unknown China
12  Company from Alphaville during discovery and request to file an amended Complaint thereafter.

13                                         . IV.
       **BACKGROUND OF HERMAN MILLER, THE EAMES® TRADEMARK, AND**
14          **THE EAMES® LOUNGE CHAIR AND OTTOMAN TRADE DRESS**

15      A.    <u>**Herman Miller and Charles and Ray Eames**</u>

16    10.    Herman Miller is one of the world's foremost manufacturers of office and home
17  furniture.

18
19    11.    Herman Miller is renowned for its contemporary furniture designs, which result in
20  furniture that have been deemed to be works of art.

21    12.    For decades, Herman Miller has developed close working relationships with
22  preeminent contemporary furniture designers, the most notable of which was Charles Eames.

23    13.    The creative genius of Charles Eames manifested itself in many ways, including
24  photography, film making, architecture, and, most significantly, furniture design.
25
26    14.    Charles Eames and his wife, Ray Eames, became world-famous furniture
27  designers and designed many of the items that comprise Herman Miller's furniture line. Charles
28  and Ray Eames became celebrities. Authors have written dozens of books about them. The

171513                                    -3-

1  United States Library of Congress organized a travelling exhibit of the Eameses' works in 1999.

2       15.    Herman Miller has used the "Eames" name, as well as the name "Charles Eames"

3  and the name "Ray Eames," in connection with its furniture, since at least 1951.  Examples

4  include the EAMES® Aluminum Group™ (since 1958) and Soft Pad™ (since 1969) chairs, the

5

6  EAMES® Chaise, the EAMES® Desk and Storage Unit (since 1950s), the EAMES® Elliptical

7  Table, EAMES® Executive Chairs, and the EAMES® Molded Plywood Chairs.  These and other

8  furniture designs have received numerous design awards.

9       16.    On January 26, 1982, the United States Patent and Trademark Office legally

10  issued to Herman Miller Registration No. 1,187,673, for the EAMES® trademark.  The

11

12  registration provides Herman Miller with the exclusive right to use the EAMES® designation in

13  connection with furniture. See **Exhibit 1**.  The trademark is incontestable.

14       17.    Herman Miller has an industry-wide reputation for exclusively manufacturing and

15  marketing the highest quality, contemporary furniture products, including EAMES® chairs and

16  furniture.

17      **B.**    **The Famous EAMES® Lounge Chair**

18

19       18.    In 1956, Charles and Ray Eames designed the legendary EAMES® Lounge Chair

20  and Ottoman, which is depicted below:

21

22

23

24  

25

26

27

28

19.    Since then, the New York Museum of Modern Art has made the EAMES®
Lounge Chair and Ottoman part of its permanent collection. In addition, the famous EAMES®
Lounge Chair and Ottoman has appeared on numerous television programs, such as NBC's
"Today" show and Paramount Picture's "Frasier." In June, 2002, Fast Company named the
EAMES® Lounge Chair and Ottoman as one of the fifteen (15) best-designed consumer products
of the 20th century, along with Ford's Model T and the Swiss Army Knife.

20.    Since 1956, Herman Miller has extensively advertised the EAMES® Lounge
Chair and Ottoman and has sold over 100,000 of them, always associating Herman Miller as the
source of the chair and ottoman.

21.    The distinctive design of the EAMES® Lounge Chair and Ottoman serves to
identify Herman Miller as its source and is Herman Miller's trade dress and trademark. See
**Exhibit 2.**

22.    The famous EAMES® Lounge Chair and Ottoman is the subject of protection of
United States Trademark Registration No. 2,716,843, legally issued to Herman Miller by the
United States Patent and Trademark Office. The registration provides Herman Miller with the
exclusive right to use the design of the EAMES® Lounge Chair in connection with furniture.
See **Exhibit 3.** This trademark registration will become incontestable during the pendency of
this civil action.

**V.**
**DEFENDANTS AND THEIR UNLAWFUL ACTIVITIES**

**A.    Unknown China Company's Manufacturing and Distribution to Alphaville**

23.    On information and belief, Unknown China Company manufactures knockoff
EAMES® Lounge Chairs and Ottomans in China. On information and belief, Unknown China
Company transports its knockoff EAMES® Lounge Chairs and Ottomans from China to

1  Alphaville for sale in the United States.

2      24.    Unknown China Company's knockoff furniture incorporates substantially all of

3  the trade dress features of the distinctive designs of the EAMES® Lounge Chair and Ottoman.

4      **B.    Alphaville's Distribution of the EAMES® Lounge Chairs to Retailers**

5
6      25.    Alphaville utilizes catalogue promotional material in the United States to promote

7  and sell its knockoff EAMES® Lounge Chair and Ottoman. An Example of Alphaville's

8  catalogue promotional materials are attached hereto as **Exhibit 4.**

9      26.    On information and belief, Alphaville exhibits and offers to sell its knockoff

10  EAMES® Lounge Chair and Ottoman at numerous trade shows including shows in Las Vegas

11  and elsewhere.

12
13      27.    Alphaville supplies the knockoff EAMES® Lounge Chairs to retailers, which

14  include Peradigm and All World.

15      **C.    Peradigm and All World's Internet Activity**

16      28.    Peradigm maintains an Internet website at http://www.pgmod.com.

17      29.    On the website, Peradigm offers for sale knockoffs of the EAMES® Lounge

18  Chair and Ottoman and other Herman Miller furniture, while using the trademark EAMES®.

19  For example, Peradigm offers for sale a knockoff EAMES® Lounge Chair and Ottoman under
20
21  the infringing designation "Eames Lounger." The EAMES® Lounge Chair and Ottoman

22  knockoff sold by Peradigm is depicted below:

23

24

25

26

27

28

30.    Peradigm states that the furniture is "manufactured by Alphaville Design . . . ." See **Exhibit 5**. Peradigm also infringes the EAMES® trademark by using the trademark to offer for sale other EAMES® knockoffs ("other Eames items") such as "Eames Metal Dining Chair," "Eames Plywood Coffee Table," and "Eames Elliptical Table." Examples of Peradigm infringing uses of the EAMES® trademark are attached as **Exhibit 6**.

31.    Similarly, All World maintains an Internet website at http://www.allworldfurniture.com.

32.    On the website, All World offers for sale knockoffs of the EAMES® Lounge Chair and Ottoman, as shown below. See **Exhibit 7**.



33.    All World advertises that Alphaville supplies the knockoff EAMES® Lounge Chair and Ottoman to All World.

**VI.**
**COUNT I**
**TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION -**
**EAMES® Lounge Chair and Ottoman Trade Dress**
**(15 U.S.C. §§ 1114(1), 1125(a); Cal. Bus. & Prof. Code §§ 17200 *et seq.*;**
**California common law)**

34.    Herman Miller referentially incorporates the allegations of paragraphs 1-33 above.

35.    Since 1956, Herman Miller has manufactured, advertised, and sold the highly

distinctive EAMES® Lounge Chair and Ottoman. Herman Miller's highly distinctive and

famous EAMES® Lounge Chair and Ottoman has a quality exclusively controlled by Herman

Miller.

36.    On May 20, 2003, the United States Patent and Trademark Office legally issued

Registration No. 2,716,843, to Herman Miller. The registration provides Herman Miller with the

exclusive right to use the design of the EAMES® Lounge Chair in connection with furniture.

See **Exhibit 3**. The trademark will become incontestable during the pendency of this civil action.

37.    Herman Miller has expended much effort, in the form of advertising, promotion,

and sales, to promote the configuration of the EAMES® Lounge Chair and Ottoman as

distinctive of the Herman Miller's goods in commerce.

38.    As a result of such extensive and exclusive use and promotion of the EAMES®

Lounge Chair and Ottoman trade dress configuration, the configuration has developed secondary

meaning as an indicator that Herman Miller is the source of goods.

39.    Herman Miller's trademarked configuration represents a most valuable goodwill

owned by Herman Miller.

40.    Defendants have knowingly and willfully used in interstate commerce a colorable

imitation of Plaintiff's EAMES® Lounge Chair and Ottoman configuration in connection with

the sale, offering for sale, distribution, and advertising of goods and/or services.

41.     Defendants' said use is likely to cause confusion, mistake, or deception as to the

source of origin, sponsorship, or approval of Defendants' products, in that purchasers or others

are likely to believe Defendants' products are Herman Miller's products or the products of a

company legitimately connected with, approved by, or related to Herman Miller.

42.     Defendants' said use enables Defendants, and invites and enables Defendants'

retailers or other customers, to represent and deceptively advertise, merchandise, market, display,

and promote that Defendants' products emanate from Herman Miller or from a concern

legitimately connected with or approved by Herman Miller and to substitute and pass off

Defendants' products on calls or orders for Herman Miller's product.

43.     Defendants' said knowing and willful use has imitated, counterfeited, and

infringed Herman Miller's trade dress configuration in interstate commerce in violation of

Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1) and under the common laws and statutory

laws of various states, including the state of California; and said use constitutes willful

infringement of Herman Miller's trade dress rights.

44.     Defendants' aforesaid acts constitute trademark infringement and unfair

competition in violation of 15 U.S.C. § 1125(a), and under the statutory and common laws of the

various states, including the state of California.

45.     Unknown China Company is further liable for contributory infringement by

continuing to supply knockoff EAMES® Lounge Chairs and Ottomans to Alphaville with

knowledge that Alphaville is creating a likelihood of confusion. Similarly, Alphaville is further

liable for contributory infringement by continuing to supply knockoff EAMES® Lounge Chairs

and Ottomans to retailers, including Peradigm and All World, with knowledge that the retailers

are creating a likelihood of confusion and mislabeling the products.

46.     By reason of the foregoing, Herman Miller has been injured in an amount not yet
ascertained and is entitled to the remedies provided for in 15 U.S.C. §§ 1116 *et seq.*; Sections
17200 *et seq.* of the Cal. Bus. & Prof. Code, and California common law.

47.     Defendants' infringement of Herman Miller's rights greatly and irreparably
damages Herman Miller and will continue to damage Plaintiff unless restrained by this Court;
wherefore, Herman Miller is without an adequate remedy at law.

**VII.**
**COUNT II**
**TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION –**
**EAMES® TRADEMARK**
**(15 U.S.C. § 1114(1), 1125(a), and Cal. Bus. & Prof. Code §§ 17200 *et seq.*;**
**California Common Law)**

48.     Herman Miller referentially incorporates the allegations of paragraphs 1-47 above.

49.     On January 26, 1982, the United States Patent and Trademark Office legally
issued Registration No. 1,187,673, to Herman Miller.  The registration provides Herman Miller
with the exclusive right to use the EAMES® designation in connection with furniture.  See
**Exhibit 1.**  The trademark is incontestable.

50.     Herman Miller has used the EAMES® trademark in connection with furniture
since 1951.

51.     Herman Miller has exerted much effort, in the form of advertising, promotion, and
sales, to promote the EAMES® trademark as a name distinctive of the Plaintiff's goods in
commerce.

52.     As a result of such extensive and exclusive use and promotion of the EAMES®
trademark, the mark has developed secondary meaning as an indicator that Herman Miller is the
source of goods identified by the EAMES® trademark.

1   53.   Herman Miller's EAMES® trademark represents a most valuable goodwill owned
2   by Herman Miller.

3   54.   One or more Defendants have knowingly and willfully used in interstate
4   
5   commerce a colorable imitation of Herman Miller's EAMES® trademark in connection with the
6   sale, offering for sale, distribution, and advertising of goods and/or services.

7   55.   Defendants' said use is likely to cause confusion, mistake, or deception as to the
8   source of origin, sponsorship, or approval of Defendants' products, in that purchasers or others
9   are likely to believe Defendants' products are Herman Miller's products or the products of a
10  company legitimately connected with, approved by, or related to Herman Miller.
11  
12  56.   Defendants' said use enables Defendants, and invites and enables Defendants'
13  retailers or other customers, to represent and deceptively advertise, merchandise, market, display,
14  and promote that Defendants' products emanate from Herman Miller or from a concern
15  legitimately connected with or approved by Herman Miller and to substitute and pass off
16  Defendants' products on calls or orders for Herman Miller's product.
17  
18  57.   Defendants' said knowing and willful use has imitated, counterfeited, and
19  infringed Plaintiff's EAMES® trademark in interstate commerce in violation of 15 U.S.C. §
20  1114(1) and under the common laws and statutory laws of various states, including the state of
21  California; and said use constitutes willful infringement of Herman Miller's trademark rights.

22  58.   Defendants' aforesaid acts constitute trademark infringement and unfair
23  
24  competition in violation of 15 U.S.C. § 1125(a), and under the statutory and common laws of the
25  various states, including the state of California.

26  59.   Alphaville is further liable for contributory infringement by continuing to supply
27  knockoff EAMES® furniture to retailers, including Peradigm and All World, with knowledge
28  that the retailers are creating a likelihood of confusion and mislabeling the products.

171513                          -11-

1    60.    By reason of the foregoing, Herman Miller has been injured in an amount not yet

2  ascertained and is entitled to the remedies provided for in 15 U.S.C. §§ 1116 *et seq*., §§ 17200 *et*

3  *seq*., Cal. Bus. & Prof. Code, and California common law.

4

5    61.    Defendants' said use greatly and irreparably damages Herman Miller and will

6  continue to damage Herman Miller unless restrained by this Court; wherefore, Herman Miller is

7  without an adequate remedy at law.

8                                   **VIII.**
                          **PRAYER FOR RELIEF**

9

10    WHEREFORE, Herman Miller prays and demands judgment that:

11    A.    Defendants, their officers, directors, agents, employees, privies, successors, and

12  assigns, and all persons in active concert or participation with them who receive actual notice or

13  knowledge of this injunction by personal service or otherwise, be enjoined and restrained

14  preliminarily and permanently:

15

16        (1)    from further using EAMES or any confusingly similar variation in

17  connection with the sale, manufacturing, or advertising of furniture.

18        (2)    from manufacturing, selling, importing, exporting into the United States, or

19  advertising furniture mimicking Herman Miller's EAMES® Lounge Chair and Ottoman

20  trademark and trade dress, described above.

21

22        (3)    from further unlawfully trading upon and misappropriating the goodwill and

23  reputation of Herman Miller and competing unfairly with Herman Miller; and

24        (4)    from inducing, encouraging, aiding, abetting, or contributing to any of the

25  aforesaid acts;

26

27    B.    Defendants file with the Court and serve on Herman Miller in accordance with 15

28  U.S.C. § 1116, within thirty (30) days after service on them of such injunction (or such extended

1 period as the Court may direct), a report in writing and under oath, setting forth in detail the manner

2 and form in which Defendants have complied with the injunction;

3    C.    In accordance with 15 U.S.C. § 1118, Defendants delivers to Herman Miller, at

4
5 Defendants' expense, for destruction or other disposition, all products, including, without

6 limitation, all furniture, labels, packaging, signs, prints, advertisements, promotional, and other

7 materials, incorporating, bearing or displaying a trademark or trade dress confusingly similar to the

8 aforementioned trademarks or aforementioned trade dress of Herman Miller's or which otherwise

9 violates 15 U.S.C. §§ 1114 or 1125(a), in the possession, custody, or control of Defendants, as well

10
11 as any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds,

12 matrices, masters, or other materials or means of making the same;

13    D.    Defendants be required to account and pay over to Herman Miller all gains, profits,

14 and advantages derived from their violation of 15 U.S.C. §§ 1114 and 1125(a), in addition, the

15 damages which Herman Miller has sustained by reasons thereof, together with legal interest from

16 the date of accrual thereof;

17
18    E.    Because of the willful nature of said violations and pursuant to 15 U.S.C. § 1117,

19 Defendants be required to pay over to Herman Miller three times the amount of said profits and

20 damages;

21    F.    Because of the willful and deliberate nature of Defendants' acts and the willful

22 disregard for the rights of Herman Miller, Defendants be required to pay over to Herman Miller

23 exemplary damages in an amount to be determined by the Court;

24
25    G.    Defendants be required to account and pay over to Herman Miller all gains, profits,

26 and advantages derived by it from and by reason of its violation of Herman Miller's unfair

27 competition under California law, together with the damages which Herman Miller has sustained as

28 a result thereof, and legal interest from the date of accrual thereof;

171513                                    -13-

1    H.    Defendants be required to pay over Herman Miller's reasonable attorney fees and

2  costs pursuant to 15 U.S.C. § 1117 and applicable California statutory law; and

3    I.    Such other and further relief as this Court deems just and proper.

### IX.
### DEMAND FOR JURY TRIAL

6    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Herman Miller demands

7  trial by jury on all issues present in this civil action.

Respectfully submitted,

Dated: July 16, 2008

STEPHEN P. ELLINGSON
JAMIE A. RADACK
HAYES DAVIS BONINO ELLINGSON
MCLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071
E-mail: sellingson@hayesdavis.com
*Attorneys for Plaintiff*

HAROLD W. REICK
DOUGLAS H. SIEGEL
JASON L. BUDD
PRICE, HENEVELD, COOPER, DeWITT & LITTON
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone: (616) 949-9610
Facsimile: (616) 957-8196
*Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

171513                          -14-
**COMPLAINT**

# EXHIBIT 1

Int. Cl.: 20

Prior U.S. Cl.: 32

## United States Patent and Trademark Office

Reg. No. 1,187,673
Registered Jan. 26, 1982

## TRADEMARK
Principal Register

## EAMES

Herman Miller, Inc. (Delaware corporation)
8500 Byron Rd.
Zeeland, Mich. 49464

For: FURNITURE FOR HOME, OFFICE AND COMMERCIAL USE, in CLASS 20 (U.S. Cl. 32).
First use 1951; in commerce 1951.
Sec. 2(f).

Ser. No. 246,816, filed Jan. 21, 1980.

CRAIG R. GILBERT, Primary Examiner

# EXHIBIT 2



HermanMiller                    Eames® Lounge Chair and Ottoman

## ENDURING CHARACTER

Some things make a mark and never fade. That's the case with the Eames lounge chair and ottoman. Perhaps this is because every chair made since 1956 carries on the spirit of the first one—a present from Charles and Ray Eames to their friend Billy Wilder, the Academy Award-winning film director. Perhaps it's because they gave the chair the welcoming, "warm, receptive look of a well-used first baseman's mitt." Or maybe it's because they used production techniques that join technology and hand craftsmanship. Whatever the reasons, in homes, executive suites, and corporate lobbies, the lounge chair and ottoman endure.





Charles and Ray Eames

### QUALITY DETAILS

Charles Eames appeared on the *Today Show* with the lounge chair the week it was introduced. Stardom ensued. Yet, as popular as it's become, the lounge chair remains grounded in the details that continue to distinguish it.

Seven-ply cherry or walnut veneer shells with leather upholstery.

Six-inch-thick urethane foam cushions.

Swivel mechanism built into the base.

Die-cast aluminum back braces, base, and ottoman base painted black with bright polished aluminum trim.

Natural rubber shock mounts.

Adjustable stainless steel glides.



Eames Lounge Chair and Ottoman

### WARRANTY

The Eames lounge chair and ottoman are covered by the Herman Miller Warranty for three years.

For more information about our products and services or to see a list of dealers, please visit us at www.HermanMiller.com or call (800) 851 1196.

© 2004 Herman Miller, Inc. Zeeland, Michigan  Printed in U.S.A. on recycled paper.  O.MS2320-59
® ⊕HermanMiller and Eames are among the registered trademarks of Herman Miller, Inc.
® The configuration of the Eames lounge chair is registered in the U.S. Patent and Trademark Office.

# EXHIBIT 3

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,716,843

## United States Patent and Trademark Office

Registered May 20, 2003

## TRADEMARK
### PRINCIPAL REGISTER



HERMAN MILLER, INC. (MICHIGAN COR-
PORATION)
855 EAST MAIN AVENUE
ZEELAND, MI 49464

FOR: FURNITURE, NAMELY, A CHAIR, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-1956; IN COMMERCE 12-31-1956.

THE MARK CONSISTS OF THE CONFIGURA-
TION OF A CHAIR.

SEC. 2(F).

SER. NO. 75-010,956, FILED 10-26-1995.

LINDA M. KING, EXAMINING ATTORNEY

# EXHIBIT 4

 # ALPHAVILLE DESIGN



Inspired designs for your home, office and lifestyle.

Image Book 1 2007

14







2007 MODERN CLASSICS

116

**ALPHAVILLE DESIGN**







## EXPOSITION COFFEE TABLE

Polished #304 Stainless Steel Frame
Glass Top

## MIES PAVILION TABLE

- 40" x 40" x 15"
- 12mm Glass (1/2")

Alphaville Item Code:
CT-EXPO

## CANTI CHAIR - FLAT ARM

Polybead #304 Stainless Steel Frame
Full Nylon Leather
CA 117 FR Foam

- 21.5" x 23" x 31.5"
- Seat Height 18"
- Arms Height 25"

Alphaville Item Code:
SA-CANF

Stock Finish

Special Order Finish

## EXPOSITION COFFEE TABLE

- 43" x 40" x 16.5"
- 12mm Glass (1/2")

Alphaville Item Code:
CT-EXPO-19

## EXPOSITION END TABLE

- 20" x 20" x 18"
- 12mm Glass (1/2")

Alphaville Item Code:
ET-EXPO

## CANTI CHAIR - ROUND ARM

Polybead #304 Stainless Steel Frame
Full Nylon Leather
CA 117 FR Foam

- 22" x 23" x 32"
- Seat Height 18"
- Arms Height 25"

Alphaville Item Code:
SA-CANR

Stock Finish

Special Order Finish

## NESERO TABLES

Chrome Frame
MDF White or Black (Laminate Top)
Nylon Floor Glides

Steel Finish

## NESERO TABLE LONG

53" x 19" x 14"

Alphaville Item Code:
CT-NSEE

## NESERO TABLE SHORT

21.5" x 19" x 18"

Alphaville Item Code:
ET-NSEE

## LUX LOUNGE CHAIR & OTTO

Molded Plywood Frame
In Medium Walnut Veneer
Rubber Shock Mounts
Aluminum Swivel Base
Full Nylon Leather

- Chair: 33" x 33" x 33"
- Otto: 26" x 21" x 17"

Alphaville Item Code:
SA-LUXMHW

Special Order Finish

## LUX LOUNGE CHAIR & OTTO

Molded Plywood Frame
In Alderwood Veneer
Rubber Shock Mounts
Aluminum Swivel Base
Full Nylon Leather

- Chair: 33" x 33" x 33"
- Otto: 26" x 21" x 17"

Alphaville Item Code:
SA-LUXAW

Special Order Finish

2007 MODERN CLASSICS

# EXHIBIT 5



**PARADIGM** gallery
empowering your personal expression

My Account • Cart Contents • Checkout • The Paradigm Story • FAQs • Contact Us

TOLL FREE: **1-877-PG-MOD-07**
[1-877-746-6307]

Home » Living Room » Chairs/Benches

Product Search [GO]

**SHOP BY PRODUCT**

Living Room

Bedroom

Dining Room

Ottomans & Coffee Tables

Home Office

**SHOP BY LIFESTYLE**

Lofting in Soho

Condo in the Pearl District

Estate in Brentwood

**INSIDE PARADIGM**

The Paradigm Story

Career Opportunities

Investor Relations

Trade & Designer Discounts

Compare Us

Information Hub

FAQs

Contact Us

**Eames Lounger**
[Product # EAM-1CHO7]
**$1,595.00**

**Available Options:**

**Alphaville Leather:**
-- Please Select --

**Eames Lounger Options:**
-- Please Select --

**Shipping Options:**
-- Please Choose Shipping --

**Wood Finish:**
-- Please Select Finish --

Quantity: 1    ▶ ADD TO CART

Semi-Aniline Black

CLICK BELOW TO PREVIEW SELECTED COLOR

| Description | Features | More Info | Dimensions |

This interpretation Eames lounger from Herman Miller is a modern classic masterpiece. A fine, leather-encased lounge pad is stretched over sleek molded plywood frame, curved to provide additional back support. Slender aluminum slats help the supports keep its form; a rounded bolster serves as an ample headrest. An understated black base supports the whole arrangement without drawing attention away from the rest of the piece. An example of fine modern craftsmanship, the Eames lounger interpretation is the epitome of modern design.

This lounger is manufactured by Alphaville Design and Paradigm Gallery makes no claim that this item is an originally licensed Herman Miller Eames Lounger.

**EMBRACE COLOR**
ENJOY NEW COLORS FOR:
Barcelona Chair
Eames Lounger
Le Corbusier Chair
All Other Popular Items

-- our offer to you --
☑ Award Winning Designs
☑ Low Prices on All Items
☑ Helpful Design Advice
☑ Personalized Service & Care

Recently Viewed
» Eames Lounger: $1,595.00

**REVIEWS** & **TESTIMONIALS**

Join Our Newsletter

Stay Fresh! Sign up for Special Deals & Offers and our monthly newsletter, Tours

**Email Address:**

Submit

**Other Eames Items**

Eames Metal Dining Chair
$278.00

Eames Plywood Coffee Table
$395.00

Eames Elliptical Table
$395.00

**BBBOnline RELIABILITY PROGRAM**

© '05-'07 Paradigm Furnishings. Web Design by AKBrothers, LLC.

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Flosflos), and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above; which includes products like the Barcelona Chair, Eames Loungers, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items

Privacy Policy • Information Hub • FAQs • Contact Us

# EXHIBIT 6



empowering
your
personal
expression

My Account • Cart Contents • Checkout • The Paradigm Story • FAQs • Contact Us

TOLL FREE: **1-877-PG-MOD-07**
(1-877-746-6307)

Home » Living Room » Chairs/Benches

Product Search 

**SHOP BY PRODUCT**

Living Room

Bedroom

Dining Room

Ottomans & Coffee Tables

Home Office

**SHOP BY LIFESTYLE**

Lofting in Soho

Condo in the Pearl District

Estate in Brentwood

**INSIDE PARADIGM**

The Paradigm Story

Career Opportunities

Investor Relations

Trade & Designer Discounts

Compare Us

Information Hub

FAQs

Contact Us

**Eames LCW Lounge Chair**
$395.00

**Available Options:**

**LCW Colors:**
— Please Select Color —

Quantity: 1    ► ADD TO CART

⊙ CLICK TO ENLARGE

    
SHIPPING EMAIL PRINT EXCLUSIVE
INFO TO FRIEND SPEC SHEET DISCOUNT

Description    Features    More Info    Dimensions

This beautifully crafted interpretation of the Eames LCW from Herman Miller is composed of plywood legs, which are covered at the legs with rubber shock mounts for strong stability. The heat bench birch plywood conforms wonderfully to the user and great addition to other modern classics like the Eames lounger.

Available in natural, walnut, red, and pony.



EMBRACE COLOR
ENJOY
NEW COLORS FOR:
Barcelona Chair
Eames Lounger
Le Corbusier Chair
All Other Popular Items


our offer to you

☑ Award Winning Designs
☑ Low Prices on All Items
☑ Helpful Design Advice
☑ Personalized Service
& Care

Recently Viewed
» Eames Lounger: $1,595.00
» Eames LCW Lounge Chair:
$395.00


REVIEWS
TESTIMONIALS

Join Our Newsletter

Stay Fresh! Sign up for
Special Deals & Offers and
our monthly newsletter,
Tours

Email Address:

Submit



**BBBOnLine®**
RELIABILITY
PROGRAM



© '05-'07 Paradigm Furnishings. Web Design by AkBrothers, LLC

Privacy Policy • Information Hub • FAQs • Contact Us

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Bang Aarnio, Saarinen, and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above; which includes products like the Barcelona Chair, Kemer Loungers, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chair and Tulip Tables, George Nelson Bench, or other items.



empowering
your
personal
exploration

TOLL FREE: **1-877-PG-MOD-07**
(1-877-746-6307)

Home » Living Room » Chairs/Benches          Product Search    **GO**

## SHOP BY PRODUCT

Living Room

Bedroom

Dining Room

Ottomans & Coffee Tables

Home Office

## SHOP BY LIFESTYLE

Lofting in Soho

Condo in the Pearl District

Estate in Brentwood

## INSIDE PARADIGM

The Paradigm Story

Career Opportunities

Investor Relations

Trade & Designer Discounts

Compare Us

Information Hub

FAQs

Contact Us

**CLICK TO ENLARGE**

### Eames Molded Plastic Chair
[Product # SA-FIO]
**$195.00**

**Available Options:**
**Eames Molded Colors:**

-- Please Select --

Quantity: 1     ► ADD TO CART


SHIPPING INFO    EMAIL TO FRIEND    FREE SWATCHES    DESIGNER DISCOUNT

| Description | Features | More Info | Dimensions |

Also usually known as the Eiffel chair, Paradigm Gallery's interpretation of the Eames Molded Plastic Chair shares the quality and comfort experienced by original Herman Miller licensed classic. Molded plastic meshes beautifully with a chrome eiffel base and comes in black, red, white, or cream colors.

A gorgeous addition to any room or fused with several chairs for the office or conference room.


EMBRACE COLOR

ENJOY NEW COLORS FOR
Bertoia Chair
Eames Lounger
Le Corbusier Chair
All Other Popular Items



Our offer to you

✓ Award Winning Designs
✓ Low Prices on All Items
✓ Helpful Design Advice
✓ Personalized Service & Care

**Recently Viewed**

• Eames Lounger: $1,595.00
• Eames LCW Lounge Chair: $395.00
• Eames Molded Plastic Chair: $195.00


REVIEWS
TESTIMONIALS

**Join Our Newsletter**

**Stay Fresh!** Sign up for Special Deals & Offers and our monthly newsletter, Tours

**Email Address:**

Submit




BBBOnLine®
RELIABILITY PROGRAM



© '05-'07 Paradigm Furnishings. Web Design by AKBrothers, LLC          Privacy Policy • Information Hub • FAQs • Contact Us

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Bon Aarnio, Saarinen, and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above: which includes products like the Barcelona Chair, Eames Loungers, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items.



we empowering
your
personal
expression

Home » Dining Room » Dining Chairs

My Account • Cart Contents • Checkout • The Paradigm Story • FAQs • Contact Us

**TOLL FREE: 1-877-PG-MOD-07**
(1-877-746-6307)

Product Search 

**SHOP BY PRODUCT**

Living Room

Bedroom

Dining Room

Ottomans & Coffee Tables

Home Office

**SHOP BY LIFESTYLE**

Lofting in Soho

Condo in the Pearl District

Estate in Brentwood

**INSIDE PARADIGM**

The Paradigm Story

Career Opportunities

Investor Relations

Trade & Designer Discounts

Compare Us

Information Hub

FAQs

Contact Us

CLICK TO ENLARGE

### Eames Metal Dining Chair
[Product # EAM-DCM]
**$275.00**

**Available Options:**

Eames Finishes:
-- Please Select Finish --

Quantity: 1     **ADD TO CART**

    

Description    Features    More Info    Dimensions

Inspired by the designs of Charles and Ray Eames, this interpretation is composed of a metal frame, rubber shock mounts, heat bent birch plywood body, and is available in natural, ebony, and walnut finishes.

**Other Eames Items**





**Eames Plywood Coffee Table**
**$395.00**



**Eames Elliptical Table**
**$395.00**



**Eames Lounger**
**$1,595.00**



EMBRACE
COLOR
ENJOY
NEW COLORS FOR:
Barcelona Chair
Eames Lounger
Le Corbusier Chair
All Other Popular Items

— our offer to you —

☑ Award Winning Designs
☑ Low Prices on All Items
☑ Helpful Design Advice
☑ Personalized Service
& Care

**Recently Viewed**

▪ Eames Lounger: $1,595.00
▪ Eames LCW Lounge Chair:
$395.00
▪ Eames Molded Plastic
Chair: $195.00
▪ Eames Metal Dining Chair:
$275.00


REVIEWS
TESTIMONIALS

**Join Our Newsletter**

Stay Fresh! Sign up for
Special Deals & Offers and
our monthly newsletter.
Tours

**Email Address:**

Submit




BBBOnLine
RELIABILITY
PROGRAM



© '05-'07 Paradigm Furnishings. Web Design by AKBrothers, LLC

Privacy Policy • Information Hub • FAQs • Contact Us

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Gero Asante, Siannen, and others. We respect the original designs and make no claims to prove items from the designers and licensing companies above, which include products like the Barcelona Chair, Eames Loungers, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items.



empowering
your
personal
expression

My Account · Cart Contents · Checkout · The Paradigm Story · FAQs · Contact Us

TOLL FREE: **1-877-PG-MOD-07**
[1-877-746-6307]

Home » Dining Room » Dining Chairs

Product Search 

**SHOP BY PRODUCT**

Living Room

Bedroom

Dining Room

Ottomans & Coffee Tables

Home Office

**SHOP BY LIFESTYLE**

Lofting in Soho

Condo in the Pearl District

Estate in Brentwood

**INSIDE PARADIGM**

The Paradigm Story

Career Opportunities

Investor Relations

Trade & Designer Discounts

Compare Us

Information Hub

FAQs

Contact Us



© CLICK TO ENLARGE

**Eames Plywood Dining Chair**
[Product # EAH-DCW]
**$275.00**

**Available Options:**

**Eames Finishes:**
-- Please Select Finish --

Quantity: 1    [ ADD TO CART ]

   

| Description | Features | More Info | Dimensions |

Inspired by the designs of Charles and Ray Eames, this interpretation is composed of a plywood frame, rubber shock mounts, heat bent birch plywood body, and is available in natural, ebony, and walnut finishes.



EMBRACE COLOR

ENJOY NEW COLORS FOR:
Barcelona Chair
Eames Lounger
Le Corbusier Chair
All Other Popular Items



Our offer to you:
✓ Award Winning Designs
✓ Low Prices on All Items
✓ Helpful Design Advice
✓ Personalized Service & Care

**Recently Viewed**

» Eames Loungers $1,595.00
» Eames LCW Lounge Chair: $395.00
» Eames Molded Plastic Chair: $195.00
» Eames Metal Dining Chair: $275.00
» Eames Plywood Coffee Table: $395.00
» Eames Plywood Dining Chair: $275.00

 REVIEWS TESTIMONIALS

**Join Our Newsletter**

Stay Fresh: Sign up for Special Deals & Offers and our monthly newsletter, Tours

Email Address:

[ Submit ]


 BBBOnLine RELIABILITY PROGRAM


© '05-'07 Paradigm Furnishings. Web Design by AKBrothers, LLC

Privacy Policy · Information Hub · FAQs · Contact Us

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Saarinen, and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above; which includes products like the Barcelona Chair, Eames Loungers, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items.



Home » Ottomans & Coffee Tables    Product Search    

## SHOP BY PRODUCT

Living Room

Bedroom

Dining Room

Ottomans & Coffee Tables

Home Office

**Eames Elliptical Table**
[Product # EAM-ELL]
**$395.00**

Quantity: 1    ADD TO CART

     




## SHOP BY LIFESTYLE

Lofting in Soho

Condo in the Pearl District

Estate in Brentwood

## INSIDE PARADIGM

The Paradigm Story

Career Opportunities

Investor Relations

Trade & Designer Discounts

Compare Us

Information Hub

FAQs

Contact Us

 CLICK TO ENLARGE

Description    Features    More Info    Dimensions

Inspired by the original design of Charles and Ray Eames, this interpretation of the molded elliptical table is composed of birch plywood with melamine surface over a chrome steel base.

Available in white and black finish. Please specify in comments when ordering.

our offer to you

Award Winning Designs
Low Prices on All Items
Helpful Design Advice
Personalized Service & Care

Recently Viewed
» Eames Lounger: $1,595.00
» Eames LCW Lounge Chair: $395.00
» Eames Molded Plastic Chair: $195.00
» Eames Metal Dining Chair: $275.00
» Eames Plywood Coffee Table: $395.00
» Eames Plywood Dining Chair: $275.00
» Eames Elliptical Table: $395.00

### Other Eames Items


**Eames Metal Dining Chair**
**$275.00**


**Eames Plywood Coffee Table**
**$395.00**


**Eames Lounger**
**$1,595.00**

 REVIEWS TESTIMONIALS

Join Our Newsletter

Stay Fresh! Sign up for Special Deals & Offers and our monthly newsletter, Tours

Email Address

Submit





© '05-'07 Paradigm Furnishings. Web Design by AKBrothers, LLC

Privacy Policy • Information Hub • FAQs • Contact Us

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Saarinen, and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above; which includes products like the Barcelona Chair, Eames Loungers, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items.



Home » Ottomans & Coffee Tables

Product Search 

## SHOP BY PRODUCT

Living Room
Bedroom
Dining Room
Ottomans & Coffee Tables
Home Office

## SHOP BY LIFESTYLE

Lofting in Soho
Condo in the Pearl District
Estate in Brentwood

## INSIDE PARADIGM

The Paradigm Story
Career Opportunities
Investor Relations
Trade & Designer Discounts
Compare Us
Information Hub
FAQs
Contact Us



⊕ CLICK TO ENLARGE

### Eames Plywood Coffee Table
[Product # EAM-CTW]
**$395.00**

Available Options:

Eames Finishes:
[ -- Please Select Finish -- ]

Quantity: 1     ADD TO CART

   

| Description | Features | More Info | Dimensions |

Inspired by Charles and Ray Eames, this interpretation of the molded plywood coffee table is composed of heat-molded white oak veneer over a birch plywood. The table is available in ebony, natural, and walnut finishes.

### Other Eames Items



**Eames Metal Dining Chair**
$275.00


**Eames Elliptical Table**
$395.00


**Eames Lounger**
$1,595.00

 EMBRACE COLOR ... ENJOY NEW COLORS FOR: Eames Chair, Eames Lounger, Le Corbusier Chair, All Other Popular Items

✓ Award Winning Designs
✓ Low Prices on All Items
✓ Helpful Design Advice
✓ Personalized Service & Care

**Recently Viewed**
» Eames Lounger: $1,595.00
» Eames LCW Lounge Chair: $395.00
» Eames Molded Plastic Chair: $195.00
» Eames Metal Dining Chair: $275.00
» Eames Plywood Coffee Table: $395.00
» Eames Plywood Dining Chair: $275.00
» Eames Elliptical Table: $395.00

 REVIEWS TESTIMONIALS

**Join Our Newsletter**
Stay Fresh: Sign up for Special Deals & Offers and our monthly newsletter, Tours

Email Address:
[ Submit ]

 


© '05-'07 Paradigm Furnishings. Web Design by AKBrothers, LLC

Privacy Policy • Information Hub • FAQs • Contact Us

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Saarinen, and others. We respect the original designers and make no claims to provide items from the designers and licensing companies above which includes products like the Barcelona Chair, Eames Loungers, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chair and Tulip Tables, George Nelson Bench, or other items.



Home » Home Office

Product Search  GO

## SHOP BY PRODUCT

Living Room
Bedroom
Dining Room
Ottomans & Coffee Tables
Home Office

## SHOP BY LIFESTYLE

Lofting in Soho
Condo in the Pearl District
Estate in Brentwood

## INSIDE PARADIGM

The Paradigm Story
Career Opportunities
Investor Relations
Trade & Designer Discounts
Compare Us
Information Hub
FAQs
Contact Us



© CLICK TO ENLARGE

**Eames Aluminum Management Chair**
[Product # 2052013]
**$595.00**

Quantity: 1    ▶ ADD TO CART

    

**Description    Features    More Info    Dimensions**

This high quality interpretation of the Eames management chair has a wonderful smart sling seat design over a gorgeous high back chrome finish. The chair swivels 360 degrees, adjusts for height, and has a angle reclining back for premium comfort. The high back ensures you won't get tired while working those long hours in your home office.

Available in black, espresso, white, denim blue, pistachio, red, and terracota. Please choose color in COMMENTS section when ordering. For other colors, please call us at 877-PGMOD-07.





- out offer to you

☑ Award Winning Designs
☑ Low Prices on All Items
☑ Helpful Design Advice
☑ Personalized Service & Care

**Recently Viewed**

» Eames Lounger: $1,595.00
» Eames LCW Lounge Chair: $395.00
» Eames Molded Plastic Chair: $195.00
» Eames Metal Dining Chair: $275.00
» Eames Plywood Coffee Table: $395.00
» Eames Plywood Dining Chair: $275.00
» Eames Elliptical Table: $395.00
» Eames Aluminum Management Chair: $595.00

 REVIEWS TESTIMONIALS

**Join Our Newsletter**

Stay Fresh! Sign up for Special Deals & Offers and our monthly newsletter, Tours

**Email Address:**

Submit





© '05-'07 Paradigm Furnishings, Web Design by AKBrothers, LLC

Privacy Policy • Information Hub • FAQs • Contact Us

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Cero Aarnio, Saarinen, and others. We respect the original designs and make no claims to produce items from the designers and licensing companies above; which includes products like the Barcelona Chair, Eames Loungers, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items



**TOLL FREE: 1-877-PG-MOD-07**
[1-877-746-6307]

empowering your personal exploration

Home » Home Office

Product Search 

## SHOP BY PRODUCT

Living Room
Bedroom
Dining Room
Ottomans & Coffee Tables
Home Office

## SHOP BY LIFESTYLE

Lofting in Soho
Condo in the Pearl District
Estate in Brentwood

## INSIDE PARADIGM

The Paradigm Story
Career Opportunities
Investor Relations
Trade & Designer Discounts
Compare Us
Information Hub
FAQs
Contact Us


CLICK TO ENLARGE

### Eames Aluminum Management Chair (Mesh)
[Product # 205107]
**$395.00**

Quantity: 1   ► ADD TO CART

    

**Description    Features    More Info    Dimensions**

This high quality interpretation of the Eames Aluminum Management chair continues the tradition of the original from Herman Miller. The chrome plated steel frame comes with a rolling base with seat height adjustments and tilt/tilt lock mechanism.

The mesh material is flexible and contours to the user. Strong and supportive, this chair will provide many years of heavy use and wear.

Available in black and white. Please include color of choose in COMMENTS section when ordering.


EMBRACE COLOR
ENJOY NEW COLORS FOR:
Barcelona Chair
Eames Lounger
Le Corbusier Chair
All Other Popular Items


~ our offer to you
☑ Award Winning Designs
☑ Low Prices on All Items
☑ Helpful Design Advice
☑ Personalized Service & Care

**Recently Viewed**
► Eames Lounger: $1,595.00
► Eames LCW Lounge Chair: $395.00
► Eames Molded Plastic Chair: $195.00
► Eames Metal Dining Chair: $275.00
► Eames Plywood Coffee Table: $395.00
► Eames Plywood Dining Chair: $275.00
► Eames Elliptical Table: $395.00
► Eames Aluminum Management Chair: $595.00
► Eames Aluminum Management Chair (Mesh): $395.00


REVIEWS TESTIMONIALS

**Join Our Newsletter**
Stay Fresh: Sign up for Special Deals & Offers and our monthly newsletter, Tours

**Email Address:**
Submit



BBBOnline RELIABILITY PROGRAM


© '05-'07 Paradigm Furnishings. Web Design by AKBrothers, LLC

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Saarinen, and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above; which includes products like the Barcelona Chair, Eames Lounges, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items.

Privacy Policy • Information Hub • FAQs • Contact Us



My Account • Cart Contents • Checkout • The Paradigm Story • FAQs • Contact Us

TOLL FREE: **1-877-PG-MOD-07**
[1-877-746-6307]

 Product Search

**SHOP BY PRODUCT**

Living Room

Bedroom

Dining Room

Ottomans & Coffee Tables

Home Office

**SHOP BY LIFESTYLE**

Lofting in Soho

Condo in the Pearl District

Estate in Brentwood

**INSIDE PARADIGM**

The Paradigm Story

Career Opportunities

Investor Relations

Trade & Designer Discounts

Compare Us

Information Hub

FAQs

Contact Us

Home › Home Office

### Eames Aluminum Side Chair
[Product # 209211]
**$350.00**

Quantity: 1    ADD TO CART

    

⊕ CLICK TO ENLARGE

**Description    Features    More Info    Dimensions**

The famous Smart chair design is standard on this Eames Aluminum side chair interpretation. Similar to the original from Herman Miller, this interpretation comes with chrome plated steel and washable surface. A perfect compliment to this management chair, this side chair works well in many applications.

Available in black, white, espresso. Please select color in COMMENTS section when ordering.




our offer to you
☑ Award Winning Designs
☑ Low Prices on All Items
☑ Helpful Design Advice
☑ Personalized Service
☑ & Care

**Recently Viewed**
▸ Eames Lounger: $1,595.00
▸ Eames LCW Lounge Chair: $395.00
▸ Eames Molded Plastic Chair: $195.00
▸ Eames Metal Dining Chair: $275.00
▸ Eames Plywood Coffee Table: $395.00
▸ Eames Plywood Dining Chair: $275.00
▸ Eames Elliptical Table: $395.00
▸ Eames Aluminum Management Chair: $595.00
▸ Eames Aluminum Management Chair (Mesh): $395.00
▸ Eames Aluminum Side Chair: $350.00

 REVIEWS TESTIMONIALS

**Join Our Newsletter**

Stay Fresh: Sign up for Special Deals & Offers and our monthly newsletter, Tours

**Email Address:**

Submit


 BBBOnLine RELIABILITY PROGRAM


© '05-'07 Paradigm Furnishings. Web Design by AKBrothers, LLC

Privacy Policy • Information Hub • FAQs • Contact Us



empowering
your
personal
expression

**TOLL FREE: 1-877-PG-MOD-07**
[1-877-746-6307]

Home • Home Office

Product Search 

**SHOP BY PRODUCT**

Living Room

Bedroom

Dining Room

Ottomans & Coffee Tables

Home Office

**SHOP BY LIFESTYLE**

Lofting in Soho

Condo in the Pearl District

Estate in Brentwood

**INSIDE PARADIGM**

The Paradigm Story

Career Opportunities

Investor Relations

Trade & Designer Discounts

Compare Us

Information Hub

FAQs

Contact Us





**Eames Softpad Management Chair**
[Product # 205221]
**$450.00**

Quantity: 1    ► ADD TO CART

    
SHIPPING INFO    EMAIL TO FRIEND    FREE SWATCHES    DESIGNER PRODUCT

CLICK TO ENLARGE



**EMBRACE COLOR**
**ENJOY**
**NEW COLORS FOR:**
Barcelona Chair
Eames Lounger
Le Corbusier Chair
All Other Popular Items

~ our offer to you ~

☑ Award Winning Designs
☑ Low Prices on All Items
☑ Helpful Design Advice
☑ Personalized Service
& Care

**Recently Viewed**

» Eames Lounger $1,595.00
» Eames LCW Lounge Chair: $395.00
» Eames Molded Plastic Chair: $195.00
» Eames Metal Dining Chair: $275.00
» Eames Plywood Coffee Table: $395.00
» Eames Plywood Dining Chair: $275.00
» Eames Elliptical Table: $395.00
» Eames Aluminum Management Chair $595.00
» Eames Aluminum Management Chair (Mesh): $395.00
» Eames Aluminum Side Chair: $350.00
» Eames Softpad Management Chair $450.00

**Description    Features    More Info    Dimensions**

This high quality interpretation of the Eames soft pad management chair has a wonderful smart sleep seat design over a gorgeous high tech chrome finish. The chair swivels 360 degrees, adjusts for height, and has a toggle reclining back for premium comfort. The comfy back assures you won't get tired while working those long hours in your home office. Available in black, espresso, white, and terracota. Please choose color in COMMENTS section when ordering. For other colors, please call us at 877-PGMOD-07.


**REVIEWS & TESTIMONIALS**

**Join Our Newsletter**

Stay Fresh! Sign up for Special Deals & Offers and our monthly newsletter, Tours

**Email Address:**

[ Submit ]


**BBBOnLine RELIABILITY PROGRAM**



© '05-'07 Paradigm Furnishings. Web Design by AIBrothers, LLC

Privacy Policy • Information Hub • FAQs • Contact Us

Paradigm Gallery provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Stärkturn, and others. We respect the original designs and make no claims to service items from the designers and licensing companies above, which includes products like the Barcelona Chair, Eames Lounger, Noguchi Table, Le Corbusier products, Wood Chairs, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items.



My Account • Cart Contents • Checkout • The Paradigm Story • FAQs • Contact Us

empowering
your
personal
expression

TOLL FREE: **1-877-PG-MOD-07**
[1-877-746-6507]

Home » Home Office

Product Search 

## SHOP BY PRODUCT

Living Room

Bedroom

Dining Room

Ottomans & Coffee Tables

Home Office

## SHOP BY LIFESTYLE

Lofting in Soho

Condo in the Pearl District

Estate in Brentwood

## INSIDE PARADIGM

The Paradigm Story

Career Opportunities

Investor Relations

Trade & Designer Discounts

Compare Us

Information Hub

FAQs

Contact Us



CLICK TO ENLARGE

### Eames Softpad Management Chair (High Back)
[Product # 205231]
**$475.00**

Quantity: 1    ► ADD TO CART

     

**Description**   Features   More Info   Dimensions

This high quality interpretation of the Eames soft pad management chair has a wonderful smart sling seat design over a gorgeous high tech chrome finish. The chair swivels 360 degrees, adjusts for height, and has a angle reclining back for premium comfort. The high cushy back ensures you won't get tired while working those long hours in your home office.

Available in black, white, and espresso. Please choose color in COMMENTS section when ordering. For other colors, please call us at 877-PGMOD-07.




**Our offer to you**

☑ Award Winning Designs
☒ Low Prices on All Items
☑ Helpful Design Advice
☑ Personalized Service & Care

**Recently Viewed**

▪ Eames Lounger: $1,595.00
▶ Eames LCW Lounge Chair: $395.00
▶ Eames Molded Plastic Chair: $195.00
▪ Eames Metal Dining Chair: $275.00
▪ Eames Plywood Coffee Table: $395.00
▪ Eames Plywood Dining Chair: $275.00
▪ Eames Elliptical Table: $395.00
▶ Eames Aluminum Management Chair: $595.00
▪ Eames Aluminum Management Chair (Mesh): $395.00
▪ Eames Aluminum Side Chair: $350.00
▪ Eames Softpad Management Chair: $450.00
▪ Eames Softpad Management Chair (High Back): $475.00



REVIEWS
TESTIMONIALS

**Join Our Newsletter**

Stay Fresh! Sign up for Special Deals & Offers and our monthly newsletter, Tours

**Email Address:**

Submit




BBBOnline
RELIABILITY
PROGRAM

# EXHIBIT 7

# ALL WORLD
## FURNITURE



**Lux Lounge Chair & Ottoman Rosewood**

| | |
|---|---|
| **Price:** | $2,195.00 |
| **Colors:** | |
| **Measurements:** | Chair: 33"W x 33"D x 33"H: 15"SH, 20.5"AH; Ottoman: 26"W x 21.5"D x 17.5"H |
| **Material:** | - |
| **Description:** | |