| | |
|---|---|
| 1 | STEPHEN P. ELLINGSON (SBN 136505) |
|   | sellingson@hayesdavis.com |
| 2 | JAMIE A. RADACK (SBN 221000) |
|   | jradack@hayesdavis.com |
| 3 | HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP |
| 4 | 203 Redwood Shores Parkway, Suite 480 |
|   | Redwood Shores, California 94065 |
| 5 | Telephone: (650) 637-9100 |
|   | Facsimile: (650) 637-8071 |
| 6 | *Attorneys for Plaintiff* |

HAROLD W. REICK
DOUGLAS H. SIEGEL
JASON L. BUDD
PRICE, HENEVELD, COOPER, DeWITT & LITTON
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone: (616) 949-9610
Facsimile: (616) 957-8196
*Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3437 MEJ

| | |
|---|---|
| HERMAN MILLER, INC., | CASE NO. |
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| ALPHAVILLE DESIGN, INC.; PERADIGM GALLERY; ALL WORLD FURNITURE INC.; and UNKNOWN CHINA COMPANY, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

171520                                        -1-

1 | Columbia Wanger Asset Management, L.P., owns ten percent or more of the stock of
2 | Herman Miller, Inc. Ariel Capital Management, Inc. owns ten percent or more of the stock of
3 | Herman Miller, Inc.
4
5 | Herman Miller, Inc. is a publicly traded company with approximately 56 million shares
6 | outstanding. Herman Miller, Inc., does not read Rule 7.1 and Civil L.R. 3-16 as requiring Herman
7 | Miller, Inc. to disclose every shareholder in the corporation. To do so would be overly burdensome,
8 | as predicted in the Advisory Committee Notes for Rule 7.1.

Respectfully submitted,

Dated: July 16, 2008

STEPHEN P. ELLINGSON
JAMIE A. RADACK
HAYES DAVIS BONINO ELLINGSON
MCLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071
E-mail: sellingson@hayesdavis.com
*Attorneys for Plaintiff*

HAROLD W. REICK
DOUGLAS H. SIEGEL
JASON L. BUDD
PRICE, HENEVELD, COOPER, DeWITT & LITTON
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone: (616) 949-9610
Facsimile: (616) 957-8196
*Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*