Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herman Miller, Inc. )<br>)<br>)<br>)<br>Plaintiff )<br>v. )<br>Alphaville Design, Inc.; Peradigm Gallery; All )<br>World Furniture, Inc.; and Unknown China )<br>Company )<br>)<br>Defendant ) | CV 08 3437<br><br>Civil Action No. |

**Summons in a Civil Action**

To: Alphaville Design, Inc.

*(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 1 6 2008

Date: _____

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature

**ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney or Party without Attorney: <br> STEPHEN P. ELLINGSON <br> HAYES, DAVIS, BONINO, ELLINGSON, et al <br> 203 REDWOOD SHORES PARKWAY <br> SUITE 480 <br> REDWOOD SHORES, CA  94065 <br> Telephone No: 650-637-9100    FAX No: 650-637-8071 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff <br> Ref. No. or File No.: MILLER101 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: HERMAN MILLER, INC.
Defendant: ALPHAVILLE DESIGN, INC., et al.

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 3437 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint And Demand For Jury Trial; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court; Drop Box Filing Procedures; Ecf Registration Information Handout; Consent To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. Party served:         ALPHAVILLE DESIGN, INC.
   b. Person served:        "JANE DOE", EMPLOYEE, White, Female, 40 Years Old, Brown Hair, * Not on file * Eyes, 130 Pounds

4. Address where the party was served:    41460 CHRISTY STREET
                                           FREMONT, CA  94538

5. I served the party:
   b. **by substituted service.** On: Fri., Jul. 18, 2008 at: 4:30PM by leaving the copies with or in the presence of:
      "JANE DOE", EMPLOYEE
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALPHAVILLE DESIGN, INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOWELL SANTOS               d. **The Fee for Service was:**
                                  e. I am: Not a Registered California Process Server



First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

Date: Mon, Jul. 21, 2008

(JOWELL SANTOS)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

6431760.hayda.148821

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| STEPHEN P. ELLINGSON<br>HAYES, DAVIS, BONINO, ELLINGSON, et al<br>203 REDWOOD SHORES PARKWAY<br>SUITE 480<br>REDWOOD SHORES, CA 94065<br>Telephone No: 650-637-9100   FAX No: 650-637-8071 | |
| Attorney for: Plaintiff | Ref. No or File No.:<br>MILLER101 |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: HERMAN MILLER, INC. | |
| Defendant: ALPHAVILLE DESIGN, INC., et al. | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 3437 MEJ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action; Complaint And Demand For Jury Trial; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court; Drop Box Filing Procedures; Ecf Registration Information Handout; Consent To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Mon., Jul. 21, 2008
   b. Place of Mailing:      SAN FRANCISCO, CA  94103
   c. Addressed as follows:  ALPHAVILLE DESIGN, INC.
                             41460 CHRISTY STREET
                             FREMONT, CA  94538

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jul. 21, 2008 in the ordinary course of business.

5. *Person Serving:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                        d. *The Fee* for Service was:
   b. FIRST LEGAL SUPPORT SERVICES                        e. I am: (3) registered California process server
      1138 HOWARD STREET                                     (i)   Independent Contractor
      SAN FRANCISCO, CA  94103                               (ii)  Registration No.:   2008-0001059
   c. 415-626-3111                                           (iii) County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon, Jul. 21, 2008                                                        (AARON DANIEL)

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | 6431760.hayda.148821 |
|---|---|---|

| | |
|---|---|
| *Attorney or Party without Attorney:* <br> STEPHEN P. ELLINGSON <br> HAYES, DAVIS, BONINO, ELLINGSON, et al <br> 203 REDWOOD SHORES PARKWAY <br> SUITE 480 <br> REDWOOD SHORES, CA 94065 <br> *Telephone No:* 650-637-9100    *FAX No:* 650-637-8071 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* MILLER101 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* HERMAN MILLER, INC.
*Defendant:* ALPHAVILLE DESIGN, INC., et al.

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV 08 3437 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint And Demand For Jury Trial; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court; Drop Box Filing Procedures; Ecf Registration Information Handout; Consent To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. Party served:          ALPHAVILLE DESIGN, INC.
   b. Person served:         DAVID LEE, AGENT FOR SERVICE

4. Address where the party was served:    1563 SOLANO AVENUE
                                          #168
                                          BERKELEY, CA 94707

5. I served the party:
   b. **by substituted service.** On: Fri., Jul. 18, 2008 at: 4:39PM by leaving the copies with or in the presence of:
   DAVID LEE(NOT THE SUBJECT), BOX CLERK AT UPS STORE
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Jul. 22, 2008 from: SAN FRANCISCO, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALPHAVILLE DESIGN, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                           d. *The Fee* for Service was:
                                              e. I am: (3) registered California process server
   First Legal Support Services                   (i)  Independent Contractor
   ATTORNEY SERVICES                              (ii) Registration No.:    2008-0001059
   1138 HOWARD STREET                             (iii) County:             San Francisco
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jul. 22, 2008

                                                                              (AARON DANIEL)

| Judicial Council Form POS-010 <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUMMONS IN A CIVIL | 6431618.hayda.148827 |