1 | LAW OFFICES OF GREEN & GREEN
PHILIP GREEN (SBN 092389)
Email: phil@iplegal.com
2 | BEVERLY R. GREEN (SBN 92388)
Email: bev@greenandgreen.com
3 | 1000 4th Street, Suite 595
San Rafael, CA 94901
4 |
5 | Telephone: (415) 457-8300
*Attorneys for Defendant*
6 | *Alphaville Design, Inc.*

7 |

8 | UNITED STATES DISTRICT COURT FOR THE

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 |

| | |
|---|---|
| 12  HERMAN MILLER, INC., | Case No.:  CV-08-3437-MEJ |
| 13            Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR** |
| 14        vs. | **OTHERWISE FILE RESPONSE TO COMPLAINT** |
| 15  ALPHAVILLE DESIGN, INC; PERADIGM | **[Civil L.R. 6-1 (a)]** |
| 16  GALLERY; ALL WORLD FURNITURE INC.; and | |
| 17  UNKNOWN CHINA COMPANY, | |
| 18            Defendants. | |

19 | THE PARTIES HEREBY STIPULATE THAT:

20 | **Whereas** the complaint in this action was Filed on July 16, 2008 and the Answer or

21 | other responsive pleadings would be due on August 8, 2008, there having been no prior

22 | requests for an extension, and the parties do not believe this will alter the timing of Rule 26

23 | disclosures or the Case Management Conference set for October 23, 2008.

24 | **Whereas** attorneys for Alphaville Design, Inc. have just been consulted and are out of the state

25 | during the time for filing Alphaville responsive pleadings, and whereas the parties desire to

| | |
|---|---|
| Case No.:  CV-08-3437-MEJ | STIPULATION FOR EXTENSION OF TIME TO FILE |

1  cooperate in allowing time to file responsive pleadings and other matters, and therefore,

2  Alphaville Design, Inc. may file its Responsive pleading on or before August 22, 2008.

3  Dated: July 30, 2008

4

5  By:_____

6  Philip Green (Cal St Bar 092389),
   Law Offices of Green & Green

7  1000 4th Street, Suite 595 San Rafael, CA 9490 I
   (415) 457-8300

8  Attorney for Alphaville Designs, Inc.

9

10 And:_____
   STEPHEN P. ELLINGSON

11 HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP.
   203 Redwood'Shores Parkway, Suite 480

12 Redwood Shores, CA 94065

13 IT IS HEREBY ORDERED that the parties' stipulation for an extension of time for Defendant to

14 file responsive pleadings is approved.

15

16 Dated:_____

17

18 _____

19 Mag. Judge Maria-Elena James
   United States District Court Magistrate-Judge

20

21

22

23

24

25

| Case No.:  CV-08-3437-MEJ | STIPULATION FOR EXTENSION OF TIME TO FILE |
|---|---|