STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071
*Attorneys for Plaintiff*

HAROLD W. REICK
DOUGLAS H. SIEGEL
JASON L. BUDD
PRICE, HENEVELD, COOPER, DeWITT & LITTON
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone: (616) 949-9610
Facsimile: (616) 957-8196
*Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALPHAVILLE DESIGN, INC.; PERADIGM GALLERY; ALL WORLD FURNITURE INC.; and UNKNOWN CHINA COMPANY,<br><br>Defendants. | CASE NO.  CV-08-3437 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A <u>UNITED STATES DISTRICT JUDGE</u>** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/ / /

/ / /

173303
-1-

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3  Dated: August 14, 2008 | *[signature]* |
| | STEPHEN P. ELLINGSON |
| 4 | JAMIE A. RADACK |
| | HAYES DAVIS BONINO ELLINGSON |
| 5 | MCLAY & SCOTT, LLP |
| | 203 Redwood Shores Parkway, Suite 480 |
| 6 | Redwood Shores, California 94065 |
| | Telephone: (650) 637-9100 |
| 7 | Facsimile: (650) 637-8071 |
| | E-mail: sellingson@hayesdavis.com |
| 8 | *Attorneys for Plaintiff* |

HAROLD W. REICK
DOUGLAS H. SIEGEL
JASON L. BUDD
PRICE, HENEVELD, COOPER, DeWITT & LITTON
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone: (616) 949-9610
Facsimile: (616) 957-8196
*Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

173303                                                       -2-

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE – CASE NO. CV-08-3437 MEJ**