IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERMAN MILLER, INC.,                                    No. C-08-3437 MEJ

        Plaintiff,                                **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

  vs.

ALPHAVILLE DESIGN, INC., et al..

        Defendant.
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  _X_   (1)  One or more of the parties has requested reassignment to a United States District Judge, or

  _____   (2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  _____   (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

      All previous hearing dates are hereby **VACATED.**

Dated: August 19, 2008

                                      _____
                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California