**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 20, 2008**

**CASE NUMBER:  CV 08-03437 MEJ**
**CASE TITLE:  HERMAN MILLER INC-v-ALPHAVILLE DESIGN INC**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/20/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 8/20/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA