1  LAW OFFICES OF GREEN & GREEN
   PHILIP GREEN (SBN 092389)
2  Email: phil@iplegal.com
   BEVERLY R. GREEN (SBN 92388)
3  Email: bev@greenandgreen.com
   1000 4th Street, Suite 595
4  San Rafael, CA 94901

5  Telephone: (415) 457-8300
   *Attorneys for Defendant*
6  *Alphaville Design, Inc.*

7

8              UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  HERMAN MILLER, INC., | Case No.: CV-08-3437-WHA |
| 13  Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE FILE RESPONSE TO COMPLAINT** |
| 14  vs. | |
| 15  ALPHAVILLE DESIGN, INC; PERADIGM | [Civil L.R. 6-1 (a)] |
| 16  GALLERY; ALL WORLD FURNITURE INC.; and | |
| 17  UNKNOWN CHINA COMPANY, | |
| 18  Defendants. | |

19  THE PARTIES HEREBY STIPULATE THAT:

20  **Whereas** the complaint in this action was Filed on July 16, 2008 and the Answer or

21  other responsive pleadings would be due on August 8, 2008, there having been one prior

22  request for an extension, and the parties do not believe this will alter the timing of Rule 26

23  disclosures or the Case Management Conference set for October 30, 2008.

24

25

| Case No.: CV-08-3437-MEJ | STIPULATION FOR EXTENSION OF TIME TO FILE |
|---|---|

1    **Whereas** attorneys for Alphaville Design, Inc. have just been retained and whereas the parties

2    desire to cooperate in allowing time to file responsive pleadings and other matters, and therefore,

3    Alphaville Design, Inc. may file its Responsive pleading on or before August 29, 2008.

4    Dated: August 21, 2008

5

6    By: *Philip R. Green* (signature)
   Philip Green (Cal St Bar 092389),

7    Law Offices of Green & Green
   1000 4th Street, Suite 595 San Rafael, CA 9490 I

8    (415) 457-8300

9    Attorney for Alphaville Designs, Inc.

10

11    And: (signature)

12    STEPHEN P. ELLINGSON
   HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP.

13    203 Redwood Shores Parkway, Suite 480
   Redwood Shores, CA 94065

14    IT IS HEREBY ORDERED that the parties' stipulation for an extension of time for Defendant to

15    file responsive pleadings is approved.

16

17    Dated: 8/22/2008

18

19

20    William H. Alsup, U.S. District Court Judge

21

22

23

24

25

| Case No.: CV-08-3437-MEJ | STIPULATION FOR EXTENSION OF TIME TO FILE |
|---|---|