LAW OFFICES OF GREEN & GREEN
PHILIP GREEN (SBN 092389)
Email: phil@iplegal.com
BEVERLY R. GREEN (SBN 92388)
Email: bev@greenandgreen.com
1000 4th Street, Suite 595
San Rafael, CA 94901

Telephone: (415) 457-8300
*Attorneys for Defendant*
 *Alphaville Design, Inc.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERMAN MILLER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALPHAVILLE DESIGN, INC; PERADIGM GALLERY; ALL WORLD FURNITURE INC.; and UNKNOWN CHINA COMPANY, <br><br> Defendants. | Case No.: CV-08-3437-WHA <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE FILE RESPONSE TO COMPLAINT** <br> [Civil L.R. 6-1 (a)] |

THE PARTIES HEREBY STIPULATE THAT:

**Whereas** the complaint in this action was Filed on July 16, 2008 and the Answer or other responsive pleadings would be due on August 8, 2008, there having been one prior request for an extension, and the parties do not believe this will alter the timing of Rule 26 disclosures or the Case Management Conference set for October 30, 2008.

1 | **Whereas** attorneys for Alphaville Design, Inc. have just been retained and whereas the parties

2 | desire to cooperate in allowing time to file responsive pleadings and other matters, and therefore,

3 | Alphaville Design, Inc. may file its Responsive pleading on or before August 29, 2008.

4 | Dated: August 21, 2008

5 |

6 | By: *[signature: Philip R. Green]*

7 | Philip Green (Cal St Bar 092389),
Law Offices of Green & Green

8 | 1000 4th Street, Suite 595 San Rafael, CA 9490 I
(415) 457-8300

9 | Attorney for Alphaville Designs, Inc.

10 |

11 | And: *[signature]*

12 | STEPHEN P. ELLINGSON
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP.

13 | 203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065

14 | IT IS HEREBY ORDERED that the parties' stipulation for an extension of time for Defendant to

15 | file responsive pleadings is approved.

16 |

17 | Dated: 8/22/2008

18 | *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

19 |

20 | William H. Alsup, U.S. District Court Judge

| Case No.: CV-08-3437-MEJ | STIPULATION FOR EXTENSION OF TIME TO FILE |
|---|---|