1  STEPHEN P. ELLINGSON (SBN 136505)
   HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
2  203 Redwood Shores Parkway
   4th Floor; Suite 408
3  Redwood Shores, California 94065
   Telephone – (650) 637-9100
4  Facsimile – (650) 637-8071
   E-mail - sellingson@hayesdavis.com
5  *Attorneys for Plaintiff*

6

   HAROLD W. REICK
7  DOUGLAS H. SIEGEL
   JASON L. BUDD
8  PRICE, HENEVELD, COOPER, DeWITT & LITTON
   695 Kenmoor S.E.
9  P.O. Box 2567
   Grand Rapids, Michigan 49501
10 Telephone – (616) 949-9610
   Facsimile – (616) 957-8196
   *Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*
11

12              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHEN DISTRICT OF CALIFORNIA
13

   HERMAN MILLER, INC.                 )
14                                      )         Case No. CV-08-3437 WHA
                Plaintiff,             )
15                                      )         Honorable William H. Alsup
          v.                            )
16                                      )
   ALPHAVILLE DESIGN, INC.;            )
17 PERADIGM GALLERY;                    )            (Proposed)
   ALL WORLD FURNITURE INC.; and      )         ORDER GRANTING
18 UNKNOWN CHINA COMPANY               )         APPLICATION FOR
                                        )         ADMISSION OF ATTORNEY
19              Defendants.             )         *PRO HAC VICE*
                                        )
20

21      Douglas H. Siegel, an active member in good standing of the bar of the State of

   Michigan, whose business address and telephone number is
22

23      Price, Heneveld, Cooper, DeWitt & Litton, LLP
        695 Kenmoor Ave., SE
        Grand Rapids, Michigan 49546
24

1  having applied in the above-entitled action for admission to practice in the Northern District of

2  California on a *pro hac vice* basis, representing Herman Miller, Inc.

3          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

4  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

5  *vice*.  Service of papers upon and communication with co-counsel designated in the application

6  will constitute notice to the party.  All future filings in this action are subject to the requirements

7  contained in General Order No. 45, *Electronic Case Filing.*

8

9

10

11

12
   Dated: _____          _____
13                                       William H. Alsup
                                        United States District Judge
14

15

16

17

18

19

20

21

22

23

24