Clerk's Use Only
Initial for fee pd:

STEPHEN P. ELLINGSON (SBN 136505)
HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
203 Redwood Shores Parkway
4th Floor; Suite 408
Redwood Shores, California 94065
Telephone – (650) 637-9100
Facsimile – (650) 637-8071
E-mail - sellingson@hayesdavis.com
*Attorneys for Plaintiff*

HAROLD W. REICK
DOUGLAS H. SIEGEL
JASON L. BUDD
PRICE, HENEVELD, COOPER, DeWITT & LITTON
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone – (616) 949-9610
Facsimile – (616) 957-8196
*Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALPHAVILLE DESIGN, INC.; ) <br> PERADIGM GALLERY; ) <br> ALL WORLD FURNITURE INC.; and ) <br> UNKNOWN CHINA COMPANY ) <br> ) <br> Defendants. ) <br> ) | Case No. CV-08-3437 WHA <br><br> Honorable William H. Alsup <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Jason L. Budd, an active member in good standing of the bar of the State of Michigan, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Herman Miller, Inc., in the above-entitled action.

Application for Admission of Attorney *Pro Hac Vice, Case No. CV-08-3437 WHA*

- 1 -

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the State of Michigan as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> STEPHEN P. ELLINGSON (SBN 136505)
> HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
> 203 Redwood Shores Parkway, Suite 480
> Redwood Shores, California 94065
> Telephone: 650/637-9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/27/08

Jason L. Budd