1  STEPHEN P. ELLINGSON (SBN 136505)
   HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
2  203 Redwood Shores Parkway
   4th Floor; Suite 408
3  Redwood Shores, California 94065
   Telephone – (650) 637-9100
4  Facsimile – (650) 637-8071
   E-mail - sellingson@hayesdavis.com
5  *Attorneys for Plaintiff*

6

   HAROLD W. REICK
7  DOUGLAS H. SIEGEL
   JASON L. BUDD
8  PRICE, HENEVELD, COOPER, DeWITT & LITTON
   695 Kenmoor S.E.
9  P.O. Box 2567
   Grand Rapids, Michigan 49501
   Telephone – (616) 949-9610
10 Facsimile – (616) 957-8196
   *Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*
11

12              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHEN DISTRICT OF CALIFORNIA
13

   HERMAN MILLER, INC.                    )
14                                        )        Case No. CV-08-3437 WHA
              Plaintiff,                  )
15                                        )        Honorable William H. Alsup
       v.                                 )
16                                        )
   ALPHAVILLE DESIGN, INC.;               )            **(Proposed)**
17 PERADIGM GALLERY;                      )        **ORDER GRANTING**
   ALL WORLD FURNITURE INC.; and          )        **APPLICATION FOR**
18 UNKNOWN CHINA COMPANY                  )        **ADMISSION OF ATTORNEY**
                                          )        ***PRO HAC VICE***
19            Defendants.                 )
                                          )
20 _____)

       Jason L. Budd, an active member in good standing of the bar of the State of Michigan,
21
   whose business address and telephone number is
22
       Price, Heneveld, Cooper, DeWitt & Litton, LLP
23     695 Kenmoor Ave., SE
       Grand Rapids, Michigan 49546
24

                                  - 1 -

1   having applied in the above-entitled action for admission to practice in the Northern District of

2   California on a *pro hac vice* basis, representing Herman Miller, Inc.

3       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

4   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

5   *vice.* Service of papers upon and communication with co-counsel designated in the application

6   will constitute notice to the party. All future filings in this action are subject to the requirements

7   contained in General Order No. 45, *Electronic Case Filing.*

8

9

10

11

12

Dated: _____          _____
13                                          William H. Alsup
                                            United States District Judge
14

15

16

17

18

19

20

21

22

23

24