LAW OFFICES OF GREEN & GREEN
PHILIP GREEN (SBN 092389)
Email: phil@iplegal.com
BEVERLY R. GREEN (SBN 92388)
Email: bev@greenandgreen.com
1000 4th Street, Suite 595
San Rafael, CA 94901
Telephone: (415) 457-8300
*Attorneys for Defendant*
 *Alphaville Design, Inc.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERMAN MILLER, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALPHAVILLE DESIGN, INC; PERADIGM<br>GALLERY; ALL WORLD FURNITURE INC.; and<br>UNKNOWN CHINA COMPANY,<br><br>　　　　　Defendants.<br> | Case No.:  CV-08-3437-WHA<br><br><br>**ALPHAVILLE DESIGN,  INC.'S<br>CERTIFICATE OF INTERESTED<br>PARTIES [CIV. L. R. 3-16]**<br><br><br>**Judge: Honorable William H. Alsup<br>Room: Courtroom 9, 19th Floor**<br><br>**Complaint filed:    July 16, 2008** |
| And Related Counterclaims | |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA:

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Defendant and

Counterclaim-Plaintiff Alphaville Design, Inc. certifies that the following listed persons and

entities (i) have a financial interest in the subject matter in controversy or in a party to the

| | |
|---|---|
| Case No.:  CV-08-3437-WHA | Alphaville Design,  Inc.'s Certificate Of Interested<br>Parties [Civ. L. R. 3-16] |

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

substantially affected by the outcome of the proceeding:

Person/Entity:  David Lee and Peggy Lee

Relationship/Interest: President and Vice President, of Alphaville Design, Inc., respectively.

This certification is made to enable the Court to evaluate possible disqualification or recusal.


Dated: August 29, 2008



_____

Philip R. Green, Attorney for: Alphaville Design, Inc.

| Case No.:  CV-08-3437-WHA | Alphaville Design,  Inc.'s Certificate Of Interested Parties [Civ. L. R. 3-16] |
| --- | --- |

- 2 -