

| | |
|---|---|
| STEPHEN P. ELLINGSON (SBN 136505)<br>HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP<br>203 Redwood Shores Parkway<br>4th Floor; Suite 408<br>Redwood Shores, California 94065<br>Telephone – (650) 637-9100<br>Facsimile – (650) 637-8071<br>E-mail - sellingson@hayesdavis.com<br>*Attorneys for Plaintiff* | FILED<br>08 AUG 29 PM 1:47<br><br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

HAROLD W. REICK
DOUGLAS H. SIEGEL
JASON L. BUDD
PRICE, HENEVELD, COOPER, DeWITT & LITTON
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone – (616) 949-9610
Facsimile – (616) 957-8196
*Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>ALPHAVILLE DESIGN, INC.;<br>PERADIGM GALLERY;<br>ALL WORLD FURNITURE INC.; and<br>UNKNOWN CHINA COMPANY<br><br>    Defendants. | Case No. CV-08-3437 WHA<br><br>Honorable William H. Alsup<br><br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Douglas H. Siegel, an active member in good standing of the bar of the State of Michigan, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Herman Miller, Inc., in the above-entitled action.

Application for Admission of Attorney *Pro Hac Vice, Case No. CV-08-3437 WHA*

- 1 -

AXED

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the State of Michigan as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>   STEPHEN P. ELLINGSON (SBN 136505)
>   HAYES DAVIS BONINO ELLINGSON MCLAY &
>   SCOTT, LLP
>   203 Redwood Shores Parkway, Suite 480
>   Redwood Shores, California 94065
>   Telephone: 650/637-9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2008

_____
Douglas H. Siegel

Application for Admission of Attorney *Pro Hac Vice*, Case No. CV-08-3437 WHA

-2-

1  STEPHEN P. ELLINGSON (SBN 136505)
   HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
2  203 Redwood Shores Parkway
   4th Floor; Suite 408
3  Redwood Shores, California 94065
   Telephone – (650) 637-9100
4  Facsimile – (650) 637-8071
   E-mail - sellingson@hayesdavis.com
5  *Attorneys for Plaintiff*

6

   HAROLD W. REICK
7  DOUGLAS H. SIEGEL
   JASON L. BUDD
8  PRICE, HENEVELD, COOPER, DeWITT & LITTON
   695 Kenmoor S.E.
9  P.O. Box 2567
   Grand Rapids, Michigan 49501
10 Telephone – (616) 949-9610
   Facsimile – (616) 957-8196
11 *Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

12                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHEN DISTRICT OF CALIFORNIA
13
   HERMAN MILLER, INC.                )
14                                     )   Case No. CV-08-3437 WHA
            Plaintiff,                 )
15                                     )   Honorable William H. Alsup
       v.                              )
16                                     )
   ALPHAVILLE DESIGN, INC.;            )        (Proposed)
17 PERADIGM GALLERY;                   )   ORDER GRANTING
   ALL WORLD FURNITURE INC.; and       )   APPLICATION FOR
18 UNKNOWN CHINA COMPANY               )   ADMISSION OF ATTORNEY
                                       )   *PRO HAC VICE*
19          Defendants.                )
   _____)

20     Douglas H. Siegel, an active member in good standing of the bar of the State of

21 Michigan, whose business address and telephone number is

22     Price, Heneveld, Cooper, DeWitt & Litton, LLP
23     695 Kenmoor Ave., SE
       Grand Rapids, Michigan 49546
24

- 1 -

1  having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing Herman Miller, Inc.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                                                                                    William H. Alsup
                                                                                                    United States District Judge