| *Attorney or Party without Attorney:*<br>STEPHEN P. ELLINGSON<br>HAYES, DAVIS, BONINO, ELLINGSON, et al<br>203 REDWOOD SHORES PARKWAY<br>SUITE 480<br>REDWOOD SHORES, CA 94065<br>*Telephone No:* 650-637-9100    *FAX No:* 650-637-8071 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>MILLER101 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* HERMAN MILLER, INC.
*Defendant:* ALPHAVILLE DESIGN, INC., et al.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 3437 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint And Demand For Jury Trial; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court; Drop Box Filing Procedures; Ecf Registration Information Handout; Consent To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. *Party served:* ALL WORLD FURNITURE, INC.
   b. *Person served:* SAIGON BEN LE, AGENT FOR SERVICE

4. *Address where the party was served:* 981 STOCKTON AVENUE
   SAN JOSE, CA 95110

5. *I served the party:*
   b. **by substituted service.** On: Wed., Aug. 06, 2008 at: 5:09PM by leaving the copies with or in the presence of:
   KATHY HA, MANAGER
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALL WORLD FURNITURE, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
       (i) Owner
       (ii) Registration No.: 984
       (iii) County: Santa Clara

First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Aug. 07, 2008

   (ELLENOR RIOS)

*Judicial Council Form POS-010*    PROOF OF SERVICE    6432497.hayda.148830
*Rule 2.150.(a)&(b) Rev January 1, 2007*    SUMMONS IN A CIVIL