| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| STEPHEN P. ELLINGSON<br>HAYES, DAVIS, BONINO, ELLINGSON, et al<br>203 REDWOOD SHORES PARKWAY<br>SUITE 480<br>REDWOOD SHORES, CA 94065<br>Telephone No: 650-637-9100   FAX No: 650-637-8071 | |
| Attorney for: Plaintiff | Ref. No or File No.:<br>MILLER101 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: HERMAN MILLER, INC.
Defendant: ALPHAVILLE DESIGN, INC., et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 3437 MEJ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action Complaint And Demand For Jury Trial; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court; Drop Box Filing Procedures; Ecf Registration Information Handout; Consent To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Thu., Aug. 07, 2008
   b. Place of Mailing:          SAN FRANCISCO, CA 94103
   c. Addressed as follows:      ALL WORLD FURNITURE, INC.
                                 981 STOCKTON AVENUE
                                 SAN JOSE, CA 95110

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Aug. 07, 2008 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                     d. *The Fee* for Service was:
   b. FIRST LEGAL SUPPORT SERVICES                     e. I am: (3) registered California process server
      1138 HOWARD STREET                                     (i)   Independent Contractor
      SAN FRANCISCO, CA 94103                                (ii)  Registration No.:    2008-0001059
   c. 415-626-3111                                            (iii) County:              San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Aug. 07, 2008

                                                                         (AARON DANIEL)

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | 6432497.hayda.148830 |
|---|---|---|