| Attorney or Party without Attorney: STEPHEN P. ELLINGSON<br>HAYES, DAVIS, BONINO, ELLINGSON, et al<br>203 REDWOOD SHORES PARKWAY<br>SUITE 480<br>REDWOOD SHORES, CA 94065<br>Telephone No: 650-637-9100    FAX: No: 650-637-8071 | For Court Use Only |
|---|---|
| | Ref. No or File No.: MILLER101 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: HERMAN MILLER, INC.
Defendant: ALPHAVILLE DESIGN, INC., et al.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 3437 MEJ |
|---|---|---|---|---|

1. I, ELLENOR RIOS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ALL WORLD FURNITURE, INC. as follows:

2. *Documents:* Summons In A Civil Action Complaint And Demand For Jury Trial; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court; Drop Box Filing Procedures; Ecf Registration Information Handout; Consent To A Magistrate Judge's Jurisdiction In The Northern District Of California..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 07/25/08 | 11:41am | Business | THIS STREET EXIST BUT THE STREET NUMBER FOR THE SUBJECT PROPERTY DOES NOT. Attempt made by: ELLENOR RIOS. Attempt at: 1141 LUCRETIA AVENUE SAN JOSE CA 95122. |
| Wed | 08/06/08 | 2:30pm | Business | Returned Not Served on: ALL WORLD FURNITURE, INC. Business - 1141 LUCRETIA AVENUE SAN JOSE, CA. 95122 |

3. *Person Executing*
   a. ELLENOR RIOS
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i) Employee
   (ii) Registration No.: 984
   (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.