| Attorney or Party without Attorney: STEPHEN P. ELLINGSON<br>HAYES, DAVIS, BONINO, ELLINGSON, et al<br>203 REDWOOD SHORES PARKWAY<br>SUITE 480<br>REDWOOD SHORES, CA 94065<br>Telephone No: 650-637-9100   FAX: No: 650-637-8071 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | | Ref. No or File No.: MILLER101 | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | | | | |
| Plaintiff: HERMAN MILLER, INC.<br>Defendant: ALPHAVILLE DESIGN, INC., et al. | | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 3437 MEJ | |

1. I, ELLENOR RIOS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ALL WORLD FURNITURE, INC. as follows:

2. *Documents:* Summons In A Civil Action Complaint And Demand For Jury Trial; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court; Drop Box Filing Procedures; Ecf Registration Information Handout; Consent To A Magistrate Judge's Jurisdiction In The Northern District Of California..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 07/25/08 | 11:03am | Business | THE SUBJECT BUSINESS HAS BEEN GONE FROM THIS LOCATION FOR OVER ONE YEAR PER THE CURRENT TENANT, A MACHINE SHOP. Attempt made by: ELLENOR RIOS. Attempt at: 1248 ALDERWOOD AVENUE SUNNYVALE CA 94089. |
| Wed | 08/06/08 | 5:09pm | Business | Substituted Service on: ALL WORLD FURNITURE, INC. Business - 981 STOCKTON AVENUE SAN JOSE, CA. 95110 by Serving: SAIGON BEN LE, AGENT FOR SERVICE a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: KATHY HA, MANAGER. Served by: ELLENOR RIOS |
| Thu | 08/07/08 | | | Mailed copy of Documents to: ALL WORLD FURNITURE, INC. |

3. *Person Executing*
   a. ELLENOR RIOS
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:*
   e. *I am:* (3) registered California process server
      (i) Employee
      (ii) Registration No.: 984
      (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.