Clerk's Use Only
Initial for fee pd:

STEPHEN P. ELLINGSON (SBN 136505)
HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
203 Redwood Shores Parkway
4th Floor; Suite 408
Redwood Shores, California 94065
Telephone – (650) 637-9100
Facsimile – (650) 637-8071
E-mail - sellingson@hayesdavis.com
*Attorneys for Plaintiff*

HAROLD W. REICK
DOUGLAS H. SIEGEL
JASON L. BUDD
PRICE, HENEVELD, COOPER, DeWITT & LITTON
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone – (616) 949-9610
Facsimile – (616) 957-8196
*Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALPHAVILLE DESIGN, INC.;<br>PERADIGM GALLERY;<br>ALL WORLD FURNITURE INC.; and<br>UNKNOWN CHINA COMPANY<br><br>Defendants. | Case No. CV-08-3437 WHA<br><br>Honorable William H. Alsup<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Jason L. Budd, an active member in good standing of the bar of the State of Michigan (Michigan Supreme Court), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Herman Miller, Inc., in the above-entitled action.

Application for Admission of Attorney *Pro Hac Vice*, Case No. CV-08-3437 WHA

- 1 -

FILED
08 SEP -3 AM 10: 38
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FAXED

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the State of Michigan (Michigan Supreme Court) as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> STEPHEN P. ELLINGSON (SBN 136505)
> HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
> 203 Redwood Shores Parkway, Suite 480
> Redwood Shores, California 94065
> Telephone: 650/637-9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/29/08

Jason L. Budd

Application for Admission of Attorney *Pro Hac Vice*, Case No. CV-08-3437 WHA

- 2 -

STEPHEN P. ELLINGSON (SBN 136505)
HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
203 Redwood Shores Parkway
4th Floor; Suite 408
Redwood Shores, California 94065
Telephone – (650) 637-9100
Facsimile – (650) 637-8071
E-mail - sellingson@hayesdavis.com
*Attorneys for Plaintiff*

HAROLD W. REICK
DOUGLAS H. SIEGEL
JASON L. BUDD
PRICE, HENEVELD, COOPER, DeWITT & LITTON
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone – (616) 949-9610
Facsimile – (616) 957-8196
*Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC. | Case No. CV-08-3437 WHA |
| Plaintiff, | Honorable William H. Alsup |
| v. | |
| ALPHAVILLE DESIGN, INC.; PERADIGM GALLERY; ALL WORLD FURNITURE INC.; and UNKNOWN CHINA COMPANY | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Defendants. | |

Jason L. Budd, an active member in good standing of the bar of the State of Michigan (Supreme Court of Michigan), whose business address and telephone number is

Price, Heneveld, Cooper, DeWitt & Litton, LLP
695 Kenmoor Ave., SE
Grand Rapids, Michigan 49546

- 1 -

1  having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing Herman Miller, Inc.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice.* Service of papers upon and communication with co-counsel designated in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing.*

12  Dated: _____         _____
                                            William H. Alsup
13                                          United States District Judge