Clerk's
Use Only
Initial for
fee pd:

1  STEPHEN P. ELLINGSON (SBN 136505)
   HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
2  203 Redwood Shores Parkway
   4th Floor; Suite 408
3  Redwood Shores, California 94065
   Telephone – (650) 637-9100
4  Facsimile – (650) 637-8071
   E-mail - sellingson@hayesdavis.com
5  *Attorneys for Plaintiff*

6
   HAROLD W. REICK
7  DOUGLAS H. SIEGEL
   JASON L. BUDD
   PRICE, HENEVELD, COOPER, DeWITT & LITTON
8  695 Kenmoor S.E.
   P.O. Box 2567
9  Grand Rapids, Michigan 49501
   Telephone – (616) 949-9610
10 Facsimile – (616) 957-8196
   *Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

11
                 IN THE UNITED STATES DISTRICT COURT
12               FOR THE NORTHEN DISTRICT OF CALIFORNIA

13 HERMAN MILLER, INC.                    )
                                          )   Case No. CV-08-3437 WHA
14          Plaintiff,                     )
                                          )   Honorable William H. Alsup
15     v.                                  )
                                          )
16 ALPHAVILLE DESIGN, INC.;              )   **APPLICATION FOR**
   PERADIGM GALLERY;                      )   **ADMISSION OF ATTORNEY**
17 ALL WORLD FURNITURE INC.; and         )   *PRO HAC VICE*
   UNKNOWN CHINA COMPANY                  )
18                                         )
            Defendants.                    )
19 ─────────────────────────────────────)

20         Pursuant to Civil L.R. 11-3, Douglas H. Siegel, an active member in good standing of the

21 bar of the State of Michigan (Michigan Supreme Court), hereby applies for admission to practice

22 in the Northern District of California on a pro hac vice basis representing Plaintiff Herman

   Miller, Inc., in the above-entitled action.
23
                    Application for Admission of Attorney *Pro Hac Vice, Case No. CV-08-3437 WHA*

                                        - 1 -

In support of this application, I certify on oath that:

1.   I am an active member in good standing of the highest court of the State of Michigan (Michigan Supreme Court) as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

> STEPHEN P. ELLINGSON (SBN 136505)
> HAYES DAVIS BONINO ELLINGSON MCLAY &
> SCOTT, LLP
> 203 Redwood Shores Parkway, Suite 480
> Redwood Shores, California 94065
> Telephone: 650/637-9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _August 29, 2008_

_Douglas H. Siegel_

Douglas H. Siegel

Application for Admission of Attorney *Pro Hac Vice, Case No. CV-08-3437 WHA*

- 2 -

1  STEPHEN P. ELLINGSON (SBN 136505)
   HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP
2  203 Redwood Shores Parkway
   4th Floor; Suite 408
3  Redwood Shores, California 94065
   Telephone – (650) 637-9100
4  Facsimile – (650) 637-8071
   E-mail - sellingson@hayesdavis.com
5  *Attorneys for Plaintiff*

6  HAROLD W. REICK
   DOUGLAS H. SIEGEL
7  JASON L. BUDD
   PRICE, HENEVELD, COOPER, DeWITT & LITTON
8  695 Kenmoor S.E.
   P.O. Box 2567
9  Grand Rapids, Michigan 49501
   Telephone – (616) 949-9610
10 Facsimile – (616) 957-8196
   *Co-Counsel for Plaintiff (Pro Hac Vice Admission To Be Requested)*

11

   IN THE UNITED STATES DISTRICT COURT
12 FOR THE NORTHEN DISTRICT OF CALIFORNIA

13 HERMAN MILLER, INC.                    )
                                          )   Case No. CV-08-3437 WHA
14         Plaintiff,                     )
                                          )   Honorable William H. Alsup
15         v.                             )
                                          )
16 ALPHAVILLE DESIGN, INC.;               )          **(Proposed)**
   PERADIGM GALLERY;                      )       **ORDER GRANTING**
17 ALL WORLD FURNITURE INC.; and          )       **APPLICATION FOR**
   UNKNOWN CHINA COMPANY                  )      **ADMISSION OF ATTORNEY**
                                          )        ***PRO HAC VICE***
18         Defendants.                    )
   ———————————————————————)

19

20     Douglas H. Siegel, an active member in good standing of the bar of the State of Michigan

21 (Michigan Supreme Court), whose business address and telephone number is

       Price, Heneveld, Cooper, DeWitt & Litton, LLP
22     695 Kenmoor Ave., SE
       Grand Rapids, Michigan 49546

23

                                        - 1 -

FAXED

1  having applied in the above-entitled action for admission to practice in the Northern District of

2  California on a *pro hac vice* basis, representing Herman Miller, Inc.

3       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

5  *vice.* Service of papers upon and communication with co-counsel designated in the application

6  will constitute notice to the party. All future filings in this action are subject to the requirements

7  contained in General Order No. 45, *Electronic Case Filing.*

8

9

10

11

12  Dated: _____        _____

13                                             William H. Alsup
   United States District Judge

14

15

16

17

18

19

20

21

22

23

- 2 -