**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERMAN MILLER INC.,

    Plaintiff,

v.

ALPHAVILLE DESIGN INC., PARADIGM GALLERY, ALL WORLD FURNITURE, INC., and UNKNOWN CHINA COMPANY,

    Defendants.

No. C 08-03437 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

The Court **DENIES** plaintiff's request to attend the case management conference by telephone. Lead counsel need not personally appear if local counsel will be in attendance and has authority to set pretrial and trial dates.

**IT IS SO ORDERED.**

Dated: October 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE