IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALPHAVILLE DESIGN INC.,<br>PARADIGM GALLERY, ALL<br>WORLD FURNITURE, INC., and<br>UNKNOWN CHINA COMPANY,<br><br>    Defendants.<br>                                                    / | No. C 08-03437 WHA<br><br>**ORDER APPROVING CONSENT JUDGMENT AND DECREE SUBJECT TO STATED CONDITION** |

The parties' consent judgment and decree is hereby **APPROVED** except the Court will only retain jurisdiction over this matter for one year.

**IT IS SO ORDERED.**

Dated: November 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE