Exhibit 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HERMAN MILLER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALPHAVILLE DESIGN, INC; PERADIGM GALLERY; ALL WORLD FURNITURE INC.; and UNKNOWN CHINA COMPANY, <br><br> Defendants. | Case No.: CV-08-3437-WHA <br><br> **Judge: Honorable William H. Alsup** <br><br> [~~PROPOSED~~] ORDER FOR DISMISSAL OF DEFENDANT ALPHAVILLE |

Plaintiff Herman Miller, Inc., and Defendant Alphaville Design, Inc. ("Defendant"), have entered into a Settlement Agreement resolving the present dispute. Pursuant to Rule 41(a)(2), F.R.Civ.P., the claims against Defendant in this case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees. The Court shall retain jurisdiction over the Settlement Agreement. Plaintiff's claims against Defendant Yongfeng Furniture Co. Ltd. in this action shall be unaffected by this Order.

So ordered.

Dated: May 1, 2009

_____
William H. Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup

Case 3:08-cv-03437-WHA     1     [~~Proposed~~] Order for Dismissal