# Exhibit 18



# Civil Action Group
## dba APS International, Ltd.
APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-2355

**QUOTE**
APS File No: 253864-0001
January 23, 2009

Please make all checks payable to:

Civil Action Group, Ltd.

## BILL TO:

PRICE, HENEVELD, ET AL
Attn: Ms. Karen Revolt
695 Kenmoor SE
Grand Rapids, MI 49501

Case Name: Herman Miller, Inc. v Alphaville Design, Inc.
Attorney File #:
Subject: Yongfeng Furniture Co. Ltd.
Location: Longjiang Shunde Foshan City, Guangdong, China

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 23-Jan-2009 | Hague Processing - China | 1 | 480.00 | 480.00 | | |
| 23-Jan-2009 | Surcharge imposed by foreign court | 1 | 120.00 | 120.00 | | |
| 23-Jan-2009 | Translation of Proof-Chinese | 1 | 65.00 | 65.00 | | |
| 23-Jan-2009 | Language: Chinese | 34 | 65.00 | 2,210.00 | | |
| 23-Jan-2009 | Language: Chinese | 1 | 65.00 | 65.00 | | |
| 23-Jan-2009 | Copy Charges | 114 | 0.40 | 45.60 | | |
| | Total Charges: | | | 2,985.60 | | |
| | **Balance Due:** | | | | | **$2,985.60** |

We accept Visa and Mastercard.

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS QUOTE WITH PAYMENT.
APS Federal Tax ID #41-1954233

Page 1 of 1