IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERMAN MILLER, INC.

    Plaintiff,

  v.

ALPHAVILLE DESIGN, INC., ALL WORLD FURNITURE INC., and YONGFENG FURNITURE CO., LTD.,

    Defendants.

No. C 08-03437 WHA

**ORDER REQUESTING RESPONSE FROM PLAINTIFF**

In this trademark infringement action, plaintiff moves for default judgment and permanent injunction against defendant Yongfeng Furniture Co. Ltd. The burden is on plaintiff to prove that this Court has personal jurisdiction over defendant Yongfeng and that defendant Yongfeng was properly served in accordance with the Hague Convention, federal law, and/or state law. Plaintiff is requested to submit a five-page submission on this issue together with whatever sworn declarations are needed to prove up the point by **OCTOBER 1, 2009, AT NOON**.

**IT IS SO ORDERED.**

Dated: September 24, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE