IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERMAN MILLER INC.,

    Plaintiff,

  v.

ALPHAVILLE DESIGN INC., ALL WORLD FURNITURE, INC., and YONGFENG FURNITURE CO., LTD.,

    Defendants.

No. C 08-03437 WHA

**JUDGMENT**

For the reasons stated in the order dated October 22, 2009, defendant Yongfeng Furniture Co., Ltd., is hereby permanently enjoined from:

    1.    Exporting into the United States copies, reproductions, colorable imitations, or counterfeits of the EAMES® Lounge Chair and Ottoman; and

    2.    Using EAMES®, any colorable imitation thereof, or any other mark likely to cause confusion with EAMES® in connection with the sale of furniture for export into the United States.

Judgment is entered against defendant Yongfeng Furniture Co., Ltd., and in favor of plaintiff Herman Miller, Inc., for $500,000 in damages and $13,427.29 in attorney's fees and costs. The Court will retain jurisdiction to enforce the injunction, but the case may be otherwise closed for administrative purposes.

Dated: October 22, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE